USDC SCAN INDEX SHEET

ELC 7/6/98 8:25

3:98-M -01748 USA V. GONZALEZ-GARCIA

*1*

*CRCMP.*

FILED 98 JUL -1 PM 1:52
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br>v.<br>Ignacio GONZALEZ-Garcia<br>DOB:12/17/78<br>Defendant | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952, 960 and 963<br>Importation of a Controlled Substance |

'98 mg 1746

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about July 1, 1998, within the Southern District of California, defendant Ignacio GONZALEZ-Garcia, did knowingly and intentionally import, and attempt to import, approximately 105.25 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, 960 and 963.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U. S. Customs Service

Sworn to before me and subscribed in my presence,
July 1, 1998.

U. S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
**v.**
Ignacio GONZALEZ-Garcia

**STATEMENT OF FACTS**

On July 1, 1998, at approximately 4:49 A.M., Ignacio GONZALEZ-Garcia attempted to enter the United States from the Republic of Mexico through the primary vehicle lanes, at the Calexico, California, Port of Entry, driving a 1981 Jeep, Wagoneer, bearing Baja California, Mexico plates 735NUN5 .

The primary inspector referred GONZALEZ-Garcia to the US Customs Secondary Inspection Lot for a more intense inspection.

The secondary inspection of GONZALEZ-Garcia's vehicle yielded 50 packages containing a green leafy substance which field test positive for marijuana, concealed in the rear left and right tires of the vehicle. Total gross weight of the marijuana was 105.25 pounds.

GONZALEZ-Garcia was advised of his rights. He stated that he understood his rights and was willing to answer questions. GONZALEZ-Garcia stated that he had no knowledge of the marijuana in the vehicle.

GONZALEZ-Garcia was arrested and transported to the Imperial County Jail pending his initial appearance before the U.S. Magistrate in El Centro, CA.

## MAGISTRATE INFORMATION WORKSHEET

USAO# ______ COURT #: ______ HEARING DATE:________
USA: ________ AUSA TO BE ASSIGNED: ___________ MAGISTRATE: ______
FLIP? YES X NO_____
Charges: 21 USC 952, 960,963. Penalties: ________ Agent: SS/A Pacheco
Agency: U.S. CUSTOMS SERVICE Phone 353-9090

### DEFENDANT/BAIL INFORMATION

Def# 1 of 1 Name: Ignacio Gonzalez-Garcia
AKA: ________________ Address Ave. Caoba #85 Col. Robledo, Mxicali.
Citizenship: (U.S.)/MEX/Other _____ SSN: 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 DOB: 12-17-78
INS Status: RES/BCC/Illegal/Other ________ Custody: YES X NO___
VR's:__________ Deports: _________ Priors: None found
Employment: Field worker
Local Ties: Mexicali

### MATERIAL WITNESS (MW) INFORMATION

MW in Custody? YES/NO Prepare MW Release? YES/NO Arraign MW? YES/NO
MV ATTORNEY: ______________ PHONE: ______

### PLEA/SENTENCING INFORMATION

PLEA: Guilty Count_____/Not Guilty RCD? YES/NO DISMISSED BY: Court/Government
SENT GUIDELINES: ______________________
SENT. REC.: GOV'T: _________ PROB: ______ DEFENSE:______
SENT: ________________ S/A: Brad Mellon/USCS

### BAIL/NEXT COURT DATE(S)/DEFENSE COUNSEL

BAIL SET: ______ CONDITIONS: ___________
P.E. DATE/TIME: _______ DET HRG DATE/TIME: _____
OTHER HEARING: __________ DATE TIME: ______
DEF. ATTY: ____________ PHONE: _________ APPT/RETAINED

*************************AUSA NOTES*************************